OPINION — AG — (1) A CONSERVATION DISTRICT, 82 O.S. 1501-301 [82-1501-301], ET SEQ., MAY SELL OR OTHERWISE DISPOSE OF PROPERTY WHICH IT HAS ACQUIRED WITH FUNDS ALLOCATED FROM THE SMALL WATERSHED FLOOD CONTROL FUND, 82 O.S. 1501-701 [82-1501-701] (2) THE LANGUAGE OF 82 O.S. 631 [82-631], ET SEQ., WITH RESPECT TO THE DISPOSITION OF PROPERTY BY CONSERVANCY DISTRICTS, ORGANIZED UNDER 82 O.S. 531 [82-531], ET SEQ., IS NOT APPLICABLE TO ANY DISPOSITION OF PROPERTY BY CONSERVATION DISTRICT. (FUNDS, CONSERVATION DISTRICT, DISPOSAL, GIFTS, ADMINISTER, NATURAL RESOURCES SELL CITE:, 82 O.S. 1501-502 [82-1501-502](C), 82 O.S. 1501-103 [82-1501-103], 82 O.S. 1501-102 [82-1501-102] 82 O.S. 541 [82-541], 82 O.S. 531 [82-531] (ROZIA MARIE MCKINNEY) 82 O.S. 541 [82-541]